IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00442-KLM

NANCY VIGIL,

Plaintiff,

v.

Trinidad Inn, Inc.,
a Colorado Corporation

Defendant.

## STIPULATED RULE 502(d) ORDER

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| s/ Bradley J. Sherman | s/ John D. Keen |
| Bradley J. Sherman, #39452 | John D. Keen, #39883 |
| Cornish & Dell'Olio, P.C. | Aubrey L. Elenis, #42341 |
| 431 N. Cascade Avenue, Ste. 1 | Gordon & Rees LLP |

1

Colorado Springs, CO 80903
PHONE (719) 475-1204
FAX (719) 475-1264
Email: bsherman@cornishanddellolio.com
Attorneys for Plaintiff

555 17th Street, Suite 3400
Denver, CO 80202
Phone: 303.534.5160 | Fax: 303.534.5161
jkeen@gordonrees.com
aelenis@gordonrees.com
*Attorneys for Trinidad Inn, Inc.*

**SO ORDERED**

Dated: April 25, 2016

_____
Hon. Kristen L. Mix
United States Magistrate Judge